UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No. <u>25-1555</u>**

Atlas Data Privacy Corporation et al. v.
We Inform, LLC

**No. <u>25-1556</u>**

Atlas Data Privacy Corporation et al. v.
Infomatics, LLC

**No. <u>25-1557</u>**

Atlas Data Privacy Corporation et al. v.
The People Searchers, LLC

**No. <u>25-1558</u>**

Atlas Data Privacy Corporation et al. v.
DM Group, Inc.

**No. <u>25-1559</u>**

Atlas Data Privacy Corporation et al. v.
Deluxe Corporation

**No. <u>25-1560</u>**

Atlas Data Privacy Corporation et al. v.
Quantarium Alliance, LLC, and
Quantarium Group, LLC

**No. <u>25-1561</u>**

Atlas Data Privacy Corporation et al. v.
Yardi Systems, Inc.

**No. <u>25-1562</u>**

Atlas Data Privacy Corporation et al. v.
Digital Safety Products, LLC

**No. <u>25-1563</u>**

Atlas Data Privacy Corporation et al. v.
Civil Data Research, LLC

**No. <u>25-1564</u>**

Atlas Data Privacy Corporation et al. v.
Scalable Commerce, LLC, and National
Data Analytics, LLC

**No. <u>25-1565</u>**

Atlas Data Privacy Corporation et al. v.
Labels & Lists, Inc.

**No. <u>25-1566</u>**

Atlas Data Privacy Corporation et al. v.
Innovis Data Solutions, Inc.

**No. <u>25-1567</u>**

Atlas Data Privacy Corporation et al. v.
Accurate Append, Inc.

**No. <u>25-1568</u>**

Atlas Data Privacy Corporation et al. v.
Zillow, Inc., and Zillow Group, Inc.

**No. <u>25-1569</u>**

Atlas Data Privacy Corporation et al. v.
Equimine, Inc.

**No. <u>25-1570</u>**

Atlas Data Privacy Corporation et al. v.
Thomson Reuters Corporation, Thomson
Reuters Holdings Inc., Thomson Reuters
Canada Limited, Thomson Reuters
Applications Inc., Thomson Reuters
Enterprise Centre GmbH, and West
Publishing Corporation

**No. <u>25-1571</u>**

Atlas Data Privacy Corporation et al. v.
Melissa Data Corp.

**No. 25-1572**

Atlas Data Privacy Corporation et al. v. Restoration of America and Voter Reference Foundation LLC

**No. 25-1573**

Atlas Data Privacy Corporation et al. v. i360, LLC

**No. 25-1574**

Atlas Data Privacy Corporation et al. v. GoHunt, LLC, GoHunt Management Holdings, LLC, and GoHunt Management Holdings II, LLC

**No. 25-1575**

Atlas Data Privacy Corporation et al. v. AccuZIP, Inc.

**No. 25-1576**

Atlas Data Privacy Corporation et al. v. Synaptix Technology, LLC, and Voterrecords.com

**No. 25-1577**

Atlas Data Privacy Corporation et al. v. Joy Rockwell Enterprises, Inc.

**No. 25-1578**

Atlas Data Privacy Corporation et al. v. Fortnoff Financial, LLC

**No. 25-1579**

Atlas Data Privacy Corporation et al. v. MyHeritage Ltd. and MyHeritage (USA), Inc.

**No. 25-1580**

Atlas Data Privacy Corporation et al. v. E-Merges.com Inc.

**No. 25-1581**

Atlas Data Privacy Corporation et al. v. Nuwber, Inc.

**No. 25-1582**

Atlas Data Privacy Corporation et al. v. RocketReach LLC

**No. 25-1583**

Atlas Data Privacy Corporation et al. v. Belles Camp Communications, Inc.

**No. 25-1584**

Atlas Data Privacy Corporation et al. v. PropertyRadar, Inc.

**No. 25-1585**

Atlas Data Privacy Corporation et al. v. The Alesco Group, L.L.C., Alesco AI, LLC, Alesco Marketing Solutions, L.L.C., Stat Resource Group Inc., and Response Solutions Group, LLC

**No. 25-1586**

Atlas Data Privacy Corporation et al. v. Searchbug, Inc.

**No. 25-1587**

Atlas Data Privacy Corporation et al. v. Amerilist, Inc.

**No. 25-1588**

Atlas Data Privacy Corporation et al. v. US Data Corporation

**No. 25-1589**

Atlas Data Privacy Corporation et al. v. Smarty, LLC, and SmartyStreets, LLC

<table>
<tr><td>

**No. 25-1590**

Atlas Data Privacy Corporation et al. v. Compact Information Systems, LLC, Accudata Integrated Marketing, Inc., Alumnifinder, ASL Marketing, Inc., College Bound Selection Service, Deepsync Labs, Homedata, and Student Research Group

</td><td>

**No. 25-1591**

Atlas Data Privacy Corporation et al. v. DarkOwl, LLC

**No. 25-1592**

Atlas Data Privacy Corporation et al. v. Spy Dialer, Inc.

**No. 25-1593**

Atlas Data Privacy Corporation et al. v. Lighthouse List Company, LLC

</td></tr>
</table>

## ORDER

As stated in the Court's March 18, 2025, order permitting these appeals, the appeals are consolidated for all purposes and expedited.

Briefing will proceed under the following peremptory schedule:

> **Appellants' joint opening brief** must be filed by **April 14, 2025**.

> **Appellees' joint response brief** must be filed by **May 12, 2025**.

> **Appellants' joint reply brief** must be filed by **May 27, 2025**.

The Clerk will calendar the appeals for submission to a merits panel during the week of July 7, 2025.

It appears the Attorney General of New Jersey participated in some of the district-court proceedings as an intervenor. If the Attorney General does not intend to participate on appeal, he must promptly advise the Clerk in writing. Otherwise, his brief must be filed by **May 12, 2025**.

The parties should electronically file the briefs and the appendix on all dockets. Motions should be limited to the dockets to which they relate. The appellants' case-opening forms and other individual filings should be filed *only* on the docket assigned to the filer's appeal.

For the Court,

  s/ Patricia S. Dodszuweit
Clerk

Dated: April 1, 2025
Lmr/cc: All Counsel of Record