# HUDSON
## COOK

**Hudson Cook, LLP • Attorneys at Law • www.hudco.com**

1909 K Street, NW, 4th Floor | Washington, DC 20006
202.223.6930 • Fax: 202.223.6935

*Offices in: California, Maine, Maryland, Massachusetts, Michigan, New York, Oklahoma, Pennsylvania, Tennessee, Texas, Virginia and Washington, DC*

**Jennifer L. Sarvadi**, *Partner*

Direct Line 202.715.2002• Email Address jsarvadi@hudco.com
Admitted in Maryland, Virginia and Washington, DC

April 21, 2025

**VIA ECF**
Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

       Re:      Consolidated Case Nos. 25-1555 – 25-1578; 25-1580 – 25-1593; 25-1676 – 25-1677

To the Clerk of the Court:

       Pursuant to Federal Rule of Appellate Procedure 26, 27, and 29, and Local Rule 31.4, putative *amici curiae*, the Consumer Data Industry Association, the Software & Information Industry Association, and the Coalition for Sensible Public Records Access ("Putative Amici"), file this letter motion for an extension of time through and including Friday, May 2, 2025, to file an *amicus* brief in support of Appellant We Inform LLC, and the other Appellants in the cases consolidated herewith.

       These cases are on appeal from the United States District Court for the District of New Jersey. All Appellants in the consolidated cases have noted appeals to the District Court's order denying the Appellants' motions to dismiss on the grounds that Daniel's Law is facially unconstitutional. The district court certified its order for appeal under 28 U.S.C. § 1292(b). Appellants filed their opening brief on April 14, 2025, as Docket No. 37 in Case No. 25-1555.

       Putative Amici have sought consent from all parties to these appeals for Putative Amici to file their brief. As of the time of filing, no party has indicated that they will object, although Putative Amici have not yet received consent from Appellees. Putative Amici have not sought prior extensions of time in this matter. Under Federal Rule of Civil Procedure 29(a)(6), absent the requested extension, Putative Amici's brief is due today.

       Putative Amici have worked diligently to timely prepare and file an amicus brief in support of Appellants. Putative Amici require additional time to perfect their brief with counsel, due to the important nature of the question at issue, the desire of Putative Amici to present their arguments in a clear and concise manner, and the need of the several Putative Amici to confer with each other and their counsel. Each of the Putative Amici are trade associations, and cumulatively they have hundreds of members, which contributes to the time needed for the deliberative process. Appellees will not be prejudiced by the requested extension as their opposition brief is due May 12, 2025. FRAP 26 and 29, and Local Rule 31.4, vest this Court with the discretion to grant this extension for good cause.

Counsel for Putative Amici contacted the Clerk's office on Friday, April 18, pursuant to Local Appellate Rule 31.4, to request an extension through and including Friday, May 2, 2025.  Consistent with the guidance from the Clerk's office, Putative Amici entered their counsel's appearance and attempted to file this extension request via ECF on Friday.  Putative Amici were unable to file their request on Friday, due to technical and logistical issues heading into the holiday weekend.

For the foregoing reasons, Putative Amici respectfully request that this Court grant them an extension of time to file an amicus brief through and including May 2, 2025.

Respectfully Submitted,

*/s/ Jennifer L. Sarvadi*

Jennifer L. Sarvadi
*Counsel for* Amici Curiae *Consumer Data Industry Association, Software & Information Industry Association, and Coalition for Sensible Public Records Access*