# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
Atlas Data Privacy Corp. et al. v. First Direct, Inc., Appellant, et al.

APPEAL FROM DISTRICT COURT:
District: District of New Jersey
D.C. Docket No.: 1:25-cv-01480-HB
Date proceedings initiated in D.C.: February 25, 2025
Date Notice of Appeal filed: April 7, 2025
USCA No.: 25-1676

## COUNSEL ON APPEAL

**Appellant(s)**: Freeman Mathis & Gary, LLP
Name of Counsel: William W. Cheney III, Andrew W. Sheppard
Name of Party(ies): First Direct, Inc.
Address: 3 Executive Campus, Suite 350, Cherry Hill, NJ 08002
Telephone No.: (856) 406-1268, (856) 406-1262
Fax No.: (833) 229-3538
E-mail: wcheney@fmglaw.com; andrew.sheppard@fmglaw.com

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: PEM Law LLP - Rajiv D. Parikh, Esq.; Kathleen Barnett Einhorn, Esq.; Jessica A. Merejo, Esq.
Name of Party(ies): Atlas Data Priv. Corp., Jane Doe-1, Jane Doe-2, Edwin Maldonado, Scott Maloney, Justyna Maloney, Patrick Colligan, Peter Andreyev, and William Sullivan
Address: 1 Boland Drive, Suite 101, West Orange, NJ 07052
Telephone No.: (973) 577-5500
Fax No.: (973) 860-4433
E-mail: rparikh@pemlawfirm.com; keinhorn@pemlawfirm.com; jmerejo@pemlawfirm.com

Name of Counsel: Boies Schiller Flexner LLP - David Boies, Esq.; Mark Mao, Esq.; Samantha Parrish, Esq.; Adam R. Shaw, Esq.; Eric M. Palmer, Esq.
Name of Party(ies): Atlas Data Priv. Corp., Jane Doe-1, Jane Doe-2, Edwin Maldonado, Scott Maloney, Justyna Maloney, Patrick Colligan, Peter Andreyev, and William Sullivan
Address: 333 Main Street, Armonk, NY 10504
Telephone No.: (914) 749-8200
Fax No.: (914) 749-8300
E-mail: dboies@bsfllp.com; mmao@bsfllp.com; sparrish@bsfllp.com; ashaw@bsfllp.com; epalmer@bsfllp.com

Is this a Cross-Appeal?   Yes ☐   No ☑
Appeals Docket No.:

Was there a previous appeal in case?   Yes ☑   No ☐
If yes, Short Title: Atlas Data Privacy Corp. et al. v. First Direct, Inc., Petitioner, et al.
Appeals Docket No.: 25-8013
Citation, if reported: N/A

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal?   Yes ✔   No ☐
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
                                                                            Yes ✔   No ☐

If you answered yes to either "a" or "b" please provide:
Case Name: Atlas Data Privacy Corp. et al. v. We Inform, Inc. et al.
D.C. Docket No.: 1:24-cv-04037-HB
Court or Agency: United States Court of Appeals for the Third Circuit
Docket Number: 25-1555
Citation, if reported: N/A

## NATURE OF SUIT
(Check as many as apply)

1. FEDERAL STATUTES
☐ ANTITRUST
☐ BANKRUPTCY
☐ BANKS & BANKING
☐ CIVIL RIGHTS
☐ COMMERCE, ROUTES, AND TARIFFS
☐ COMMODITIES
☐ COMMUNICATIONS
☐ CONSUMER PROTECTION
☐ COPYRIGHT
☐ PATENT
☐ TRADEMARK
☐ ELECTION
☐ ENERGY
☐ ENVIRONMENTAL
☐ FOIA FREEDOM OF INFORMATION
☐ IMMIGRATION
☐ LABOR
☐ OSHA
☐ SECURITIES
☐ SOCIAL SECURITY
☐ TAX
☐ EQUAL ACCESS TO JUSTICE
☐ OTHER Specify:_____

2. TORTS
☐ ADMIRALTY

☐ ASSAULT/DEFAMATION
☐ PRODUCT LIABILITY/WARRANTY
✔ DIVERSITY
☐ OTHER Specify:_____

3. CONTRACTS
☐ ADMIRALTY/MARITIME
☐ ARBITRATION
☐ COMMERCIAL
☐ EMPLOYMENT
☐ INSURANCE
☐ NEGOTIABLE DISBURSEMENTS
☐ OTHER Specify:_____

4. PRISONER PETITIONS
☐ CIVIL RIGHTS
☐ VACATE SENTENCE 2255
☐ HABEAS CORPUS 2254
☐ HABEAS CORPUS 2241
☐ MANDAMUS/PROHIBITION
☐ OTHER Specify:_____

5. OTHER
☐ FORFEITURE
☐ CIVIL GRAND JURY
☐ TREATY Specify:_____
☐ OTHER Specify:_____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 22nd day of April, 2025.

Signature of Counsel: s/ Andrew W. Sheppard