Nos. 25-1555 through 25-1578; 25-1580 through 25-1593; 25-1676; and 25-1677 (Consolidated)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

ATLAS DATA PRIVACY CORP., AS ASSIGNEE OF INDIVIDUALS WHO ARE COVERED PERSONS; JANE DOE 1, A LAW ENFORCEMENT OFFICER; JANE DOE 2, A LAW ENFORCEMENT OFFICER; EDWIN MALDONADO; SCOTT MALONEY; JUSTYNA MALONEY; PATRICK COLLIGAN; PETER ANDREYEV; AND WILLIAM SULLIVAN,

                          PLAINTIFFS-APPELLEES,

*v.*

WE INFORM LLC, ET AL.

                          DEFENDANTS-APPELLANTS.

On Appeal from the Order and Memorandum of the United States District Court for the District of New Jersey dated November 26, 2024

## MOTION FOR LEAVE TO PARTICIPATE AS *AMICI CURIAE* BY CONSUMER DATA INDUSTRY ASSOCIATION, SOFTWARE & INFORMATION INDUSTRY ASSOCIATION, AND COALITION FOR SENSIBLE PUBLIC RECORDS ACCESS

JENNIFER L. SARVADI
ROBERT D. TILLEY (*admission application pending*)
HUDSON COOK, LLP
1909 K Street, NW, 4th Floor
Washington, DC 20006
(202) 715-2002
jsarvadi@hudco.com
*Attorneys for Amici Curiae*
*Consumer Data Industry Association*
*Software & Information Industry Association*
*Coalition for Sensible Public Records Access*

## RULE 26.1 DISCLOSURE STATEMENT

*Amici Curiae* Consumer Data Industry Association (CDIA), Software & Information Industry Association (SIIA), and Coalition for Sensible Public Records Access (CSPRA) are nonprofit organizations, state that they have no parent companies, subsidiaries, or affiliates, and do not issue shares to the public.

**MOTION FOR LEAVE TO PARTICIPATE AS *AMICI CURIAE***

Consumer Data Industry Association (CDIA), Software & Information Industry Association (SIIA), and Coalition for Sensible Public Records Access (CSPRA) (collectively *Amici*) respectfully move the Court under Federal Rule of Appellate Procedure 29(a)(2) for an order granting them leave to participate as *amici curiae*. In support of this motion, *Amici* state the following:

1. CDIA is a trade association representing consumer reporting agencies ("CRAs"), including the nationwide credit bureaus, regional and specialized credit bureaus, and background check and residential screening companies around the world.

2. Founded in 1909, CDIA promotes the responsible use of consumer data to help consumers achieve their financial goals and to help businesses, governments, and volunteer organizations avoid fraud and manage risk.

3. CDIA members, through data and analytics, empower economic opportunity, thereby helping to ensure fair and safe transactions for consumers and facilitating competition and consumers' access to financial and other products suited to their unique needs.

4. SIIA is a trade association for software companies and those in business information and has over 350 member companies, among them publishers of software and information products, including databases, enterprise and

consumer software, and other products that combine information with digital technology.

5. SIIA is dedicated to creating a healthy environment for the creation, dissemination, and productive use of information.

6. SIIA member companies serve nearly every segment of society, and many of its members rely on access to public records.

7. CSPRA is a non-profit organization dedicated to promoting the principle of open public record access to ensure individuals, the press, advocates, and businesses have the continued freedom to collect and use the information made available in the public record for personal, governmental, commercial, law enforcement, and societal benefit.

8. Members of CSPRA are among the many entities that comprise a vital link in the flow of information for these purposes and provide services that are widely used by constituents in every state.

9. Collectively, CSPRA members employ more than 75,000 persons across the United States and the economic and societal activity that relies on entities such as CSPRA members is valued in the trillions of dollars and employs millions of people.

10. Together, *Amici*'s members are information solutions providers, credit bureaus, and data analytics firms who collect and add value to lawfully acquired,

accurate information that is widely available in private hands.

11. The freedom to collect and use this data is a fundamental free speech activity, and the core of the constitutionally protected public domain.

12. *Amici* seek leave to file their proposed brief in support of Appellants to explain the ways that these services are impacted by the unconstitutional overbreadth of Daniel's Law.

13. *Amici* reached out for consent of the parties to file their brief. Appellees take no position *Amici*'s request for leave to file. Therefore, *Amici* file this motion requesting leave of the Court.

WHEREFORE, CDIA, SIIA, and CSPRA respectfully request that the Court enter an order granting them leave to participate as *amici curiae* and to file their proposed brief.

Dated: April 28, 2025

HUDSON COOK, LLP

*/s/ Jennifer L. Sarvadi*

Jennifer L. Sarvadi
Robert Tilley (*application pending*)
1909 K Street, N.W., 4th Floor
Washington, D.C. 20006
(202) 715-2002
jsarvadi@hudco.com

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April 2025, I electronically filed the foregoing Motion for Leave to Participate as *Amici Curiae* with the Clerk of this Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished using the CM/ECF system.

HUDSON COOK, LLP

By  */s/ Jennifer L. Sarvadi*
        Jennifer L. Sarvadi

*Counsel for Amici Curiae*
*Consumer Data Industry Association*
*Software & Information Industry*
*Association, and Coalition for*
*Sensible Public Records Access*