**Appeal No. 25-1566**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

Innovis Data Solutions, Inc.,
*Defendant-Appellant*,

v.

Atlas Data Privacy Corp., *et al.*,
*Plaintiffs-Appellees*.

Appeal from the
United Stated District Court for the District of New Jersey

District Court Case No. 1:24-cv-04176-HB

**INNOVIS'S RESPONSE TO THIS COURT'S MAY 6, 2025 ORDER**

Jason A. Spak
jason.spak@fisherbroyles.com
FisherBroyles, LLP
6360 Broad Street #5262
Pittsburgh, PA 15206
Tel: (412) 230-8555
Fax: (412) 774-2382
*Counsel for Defendant-Appellant
Innovis Data Solutions, Inc.*

Defendant-Appellant Innovis Data Solutions, Inc. states that:

- On May 5, 2025, Defendant-Appellant We Inform LLC filed a "Motion to Refer Case to Mediation" in Case No. 25-1555, which most of the Appellants in related cases joined. Case No. 25-1555, ECF No. 50 at 10 n.1.

- Innovis, which is the Appellant in this related case (No. 25-1566), chose not to join that motion.

- On May 6, 2025, this Court issued an Order in Case No. 25-1555 and related cases, which directed Innovis and any other "Appellants who did not join the motion to tell the Court by May 7, 2025, at 5 pm ET whether they take a position on the motion." ECF 51.

- In response, Innovis hereby tells the Court that it does not oppose the motion. It stands ready to provide further information on request.

Respectfully submitted,

/s/ Jason A. Spak
Jason A. Spak
jason.spak@fisherbroyles.com
FisherBroyles, LLP
6360 Broad Street #5262
Pittsburgh, PA 15206
Tel: (412) 230-8555
*Counsel for Innovis Data Solutions, Inc.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g) and Local Appellate Rule 31.1, I hereby certify that:

1. This document complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B), because, according to the word count of the word-processing system used to prepare the document, the relevant portion of the document (*i.e.*, excluding page 1, the signature on page 2, and everything following that signature) contains 141 words;

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6), because it has been prepared using Microsoft Office Word 365 in 14-point Book Antiqua font;

3. The text of this PDF document is definitive, because no paper copy is required to be filed with the Court; and

4. On May 7, 2025, I used Microsoft 365 Office Windows Defender Antivirus Version 1.427.676.0 to check this PDF document for viruses, and that program stated that there were "0 threats found."

/s/ Jason A. Spak
Jason A. Spak
FisherBroyles, LLP

## CERTIFICATE OF SERVICE

I certify that on May 7, 2024, I filed the foregoing RESPONSE with the Court's Electronic Case Filing system, which will send a Notice of Electronic Filing to, and thereby serve process upon, all parties through their counsel of record.

/s/ Jason A. Spak
Jason A. Spak
FisherBroyles, LLP