# STARR, GERN, DAVISON & RUBIN
### A PROFESSIONAL CORPORATION
### COUNSELLORS AT LAW
105 EISENHOWER PARKWAY
SUITE 401
ROSELAND, NEW JERSEY 07068-1640
TEL (973) 403-9200
FAX (973) 226-0031
WWW.STARRGERN.COM

IRA M. STARR°
AMOS GERN*†
RONALD L. DAVISON
EDWIN S. RUBIN (1929-2017)
JONATHAN J. LERNER*^
NICHOLAS STEVENS°^ (1964-2018)
STEPHEN R. URBINATO□
———
DAVID WENDEL
HENRY J. CISTRELLI
JOHN T. BROST*
L. JUSTINE JURICK*<
STEWART J. MILLER
ZACHARY Q. SINKIEWICZ

OF COUNSEL
LARRY M. COLE
BRUCE M. PITMAN*^
LOUIS DAVID BALK*^
CHARLES F. VUOTTO, JR.^◊
SHELLEY L. STANGLER*
CATHYANNE A. PISCIOTTA•
ALONA MAGIDOVA*^
———

* MEMBER NJ & NY BAR
° MEMBER NJ & DC BAR
□ MEMBER NJ & PA BAR
< MEMBER NJ & TX BAR
† CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
◊ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A MATRIMONIAL LAW ATTORNEY
^ N.J.Ct.R. 1:40 QUALIFIED MEDIATOR
• L.L.M. IN TAXATION

Email: rdavison@starrgern.com

May 7, 2025

<u>VIA ECF</u>

Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

    Re:   *Atlas Data Privacy Corp. v. Lighthouse List Co., LLC*, No. 25-1593
           Defendant-Appellant's Response to May 6, 2025 Order (Dkt. No. 49)

Dear Office of the Clerk:

    My firm represents Defendant-Appellant Lighthouse List Company, LLC ("Lighthouse List") in the above-captioned appeal. On May 6, 2025, the Court ordered Lighthouse List to advise if Lighthouse List takes a position on certain Appellants' Motion to Refer the Case to Appellate Mediation, which Lighthouse List did not join. *See Atlas Data Privacy Corp. v. We Inform, LLC*, No. 25-1555, Dkt. No. 50 (the "Motion") (May 5, 2025).

    Lighthouse List states that it takes no position on the Motion.

                                Respectfully submitted,

                                */s/ Ronald L. Davison*
                                Ronald L. Davison

CC:  All counsel of record (via electronic filing)

## **CERTIFICATE OF SERVICE**

I, Ronald L. Davison, counsel for Defendant-Appellant Lighthouse List Company, LLC, and a member of the bar of this Court, certify that, on May 7, 2025, the foregoing document was filed via ECF using the CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

　　　　　　　　　　　　　　　　　　*/s/ Ronald L. Davison*
　　　　　　　　　　　　　　　　　　　Ronald L. Davison