

SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
+1 202 736 8000
+1 202 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 202 736 8477
ARAUL@SIDLEY.COM

May 7, 2025

**By ECF**

Patricia S. Dodszuweit, Clerk of Court
United States Court of Appeals for the Third Circuit
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

    Re:   *Atlas Data Privacy Corp., et al. v. MyHeritage Ltd.*,
           Individual Case No. 25-1579 (District Court Case No. 1:24-cv-4392)

Dear Ms. Dodszuweit:

    In response to the Motion to Refer the Case to Appellate Mediation filed by the majority of Appellants, the Court asked those Appellants who did not join the motion to inform the Court whether they take a position on the motion.

    Appellant MyHeritage Ltd. has independently reached a settlement in principle with Plaintiffs. Accordingly, it takes no position on the motion to refer the case to mediation. MyHeritage will file a stipulation of dismissal of its appeal once its settlement is finalized.

                                  Sincerely,

                                    Alan Charles Raul

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.