UNITED STATES COURT OF APPEALS FOR

No. 25-1555

Atlas Data Privacy Corp., et al. vs. We Inform LLC, et al.

# ENTRY OF APPEARANCE

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

See attached list

Indicate the party's role IN THIS COURT (check **only** one):

☐ Petitioner(s)   ☐ Appellant(s)   ☐ Intervenor(s)

☐ Respondent(s)  ☐ Appellee(s)   ☑ Amicus Curiae

(Type or Print) Counsel's Name: T. Elliot Gaiser

☑ Mr.   ☐ Ms.   ☐ Mrs.   ☐ Miss   ☐ Mx.

Firm: Ohio Attorney General's Office

Address: 30 E. Broad St., Floor 17

City, State, Zip Code: Columbus, OH 43215

Phone: 614.466.8980   Fax: 614.466.5870

Primary E-Mail Address (required): thomas.gaiser@ohioago.gov
Additional E-Mail Address (1): joshua.richardson@ohioago.gov
Additional E-Mail Address (2):
Additional E-Mail Address (3):

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:** /s/ T. Elliot Gaiser

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 10/20/2020

## LIST OF AMICI CURIAE REPRESENTED

States of Ohio, Alabama, Alaska, Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oklahoma, Pennsylvania, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, and Wyoming, and the District of Columbia