Nos. 25-1555 through 25-1578; 25-1580 through 25-1593; 25-1676; and 25-1677
(Consolidated)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

ATLAS DATA PRIVACY CORP., AS ASSIGNEE OF INDIVIDUALS WHO ARE COVERED PERSONS; JANE DOE 1, A LAW ENFORCEMENT OFFICER; JANE DOE 2, A LAW ENFORCEMENT OFFICER; EDWIN MALDONADO; SCOTT MALONEY; JUSTYNA MALONEY; PATRICK COLLIGAN; PETER ANDREYEV; AND WILLIAM SULLIVAN,

PLAINTIFFS-APPELLEES,

v.

WE INFORM LLC, ET AL.

DEFENDANTS-APPELLANTS.

## MOTION TO EXCEED THE WORD LIMITATION
## FOR APPELLANTS' JOINT REPLY BRIEF

Pursuant to Federal Rule of Appellate Procedure 27, Appellants hereby move to exceed the word limitation for their joint reply brief, due by noon on May 30, 2025, by 700 words. Appellees have stated to undersigned counsel that they take no position on this request.

1. The briefing in this appeal has been consolidated among 40 different cases. It centers on a facial First Amendment challenge to a New Jersey state law.

2. On April 14, 2025, Appellants filed their opening brief in accordance with Federal Rule of Appellate Procedure 32(a)(7)(B).

3. On May 12, Plaintiffs-Appellees and Intervenor-Appellee Attorney General of New Jersey filed separate response briefs. Each brief makes different

arguments on the constitutional issue before the Court.

4.    A week later, three separate briefs were filed by *amici* in support of Appellees. Each of those briefs presents distinct arguments and perspectives.

5.    These five briefs, totaling more than 40,000 words, include disparate arguments to which Appellants must reply in a single consolidated brief.

In light of these extraordinary circumstances, Appellants respectfully request a modest 700-word enlargement of the word limitation for their joint reply brief, from 6,500 to 7,200 words.

Dated: May 22, 2025                              Respectfully Submitted,

*On Behalf of All Defendants-Appellants*

**TROUTMAN PEPPER LOCKE LLP**

<u>*/s/ Angelo A. Stio III*</u>
Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie L. Jonaitis
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com
Stephanie.Jonaitis@troutman.com

*Attorneys for Defendant-Appellant RocketReach LLC (No. 25-1582); Deluxe Corp. (No. 25-1559); PropertyRadar Inc. (No. 25-1584); and DM Group Inc. (No. 25-1558)*

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 32(g) of the Federal Rules of Appellate Procedure, and Local Appellate Rule 31.1, I hereby certify that:

1. The foregoing Motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2), because, according to the word count of the word-processing system used to prepare the Motion, the Motion contains 192 words, excluding the caption, signature block, and certificates of counsel;

2. The foregoing Motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface, 14-point Times New Roman font;

3. The text of the electronic Motion and the text of any paper copies to be filed with the Clerk are identical; and

4 The PDF file of this Motion has undergone a virus check using Windows Defender Advanced Threat Protection Antivirus, Version 1.429.133.0, last updated on May 22, 2025 at 2:46PM EST, and no virus was detected.

This 22d day of May, 2025.

             */s/ Angelo A. Stio III*
             Angelo A. Stio III

314249782v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 22d day of May, 2025, I caused a true and correct copy of this Motion to Exceed the Word Limitation for Appellants' Joint Reply Brief to be served via ECF using the CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

      /s/ Angelo A. Stio III
Angelo A. Stio III

Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie L. Jonaitis
**TROUTMAN PEPPER LOCKE LLP**
Suite 400, 301 Carnegie Center
Princeton, NJ 08540
609-452-0808
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com
Stephanie.Jonaitis@troutman.com

*Attorneys for Defendants-Appellants RocketReach LLC (No. 25-1582); Deluxe Corp. (No. 25-1559); PropertyRadar Inc. (No. 25-1584); and DM Group Inc. (No. 25-1558)*