UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

| | |
|---|---|
| **No. 25-1555**<br>Atlas Data Privacy Corporation et al. v. We Inform, LLC<br>(D.N.J. No. 1:24-cv-04037) | **No. 25-1562**<br>Atlas Data Privacy Corporation et al. v. Digital Safety Products, LLC<br>(D.N.J. No. 1:24-cv-04141) |
| **No. 25-1556**<br>Atlas Data Privacy Corporation et al. v. Infomatics, LLC<br>(D.N.J. No. 1:24-cv-04041) | **No. 25-1563**<br>Atlas Data Privacy Corporation et al. v. Civil Data Research, LLC<br>(D.N.J. No. 1:24-cv-04143) |
| **No. 25-1557**<br>Atlas Data Privacy Corporation et al. v. The People Searchers, LLC<br>(D.N.J. No. 1:24-cv-04045) | **No. 25-1564**<br>Atlas Data Privacy Corporation et al. v. Scalable Commerce, LLC, and National Data Analytics, LLC<br>(D.N.J. No. 1:24-cv-04160) |
| **No. 25-1558**<br>Atlas Data Privacy Corporation et al. v. DM Group, Inc.<br>(D.N.J. No. 1:24-cv-04075) | **No. 25-1565**<br>Atlas Data Privacy Corporation et al. v. Labels & Lists, Inc.<br>(D.N.J. No. 1:24-cv-04174) |
| **No. 25-1559**<br>Atlas Data Privacy Corporation et al. v. Deluxe Corporation<br>(D.N.J. No. 1:24-cv-04080) | **No. 25-1566**<br>Atlas Data Privacy Corporation et al. v. Innovis Data Solutions, Inc.<br>(D.N.J. No. 1:24-cv-04176) |
| **No. 25-1560**<br>Atlas Data Privacy Corporation et al. v. Quantarium Alliance, LLC, and Quantarium Group, LLC<br>(D.N.J. No. 1:24-cv-04098) | **No. 25-1567**<br>Atlas Data Privacy Corporation et al. v. Accurate Append, Inc.<br>(D.N.J. No. 1:24-cv-04178) |
| **No. 25-1561**<br>Atlas Data Privacy Corporation et al. v. Yardi Systems, Inc.<br>(D.N.J. No. 1:24-cv-04103) | **No. 25-1568**<br>Atlas Data Privacy Corporation et al. v. Zillow, Inc., and Zillow Group, Inc.<br>(D.N.J. No. 1:24-cv-04256) |

**No. 25-1569**

Atlas Data Privacy Corporation et al. v. Equimine, Inc.

(D.N.J. No. 1:24-cv-04261)

**No. 25-1570**

Atlas Data Privacy Corporation et al. v. Thomson Reuters Corporation, Thomson Reuters Holdings Inc., Thomson Reuters Canada Limited, Thomson Reuters Applications Inc., Thomson Reuters Enterprise Centre GmbH, and West Publishing Corporation

(D.N.J. No. 1:24-cv-04269)

**No. 25-1571**

Atlas Data Privacy Corporation et al. v. Melissa Data Corp.

(D.N.J. No. 1:24-cv-04292)

**No. 25-1572**

Atlas Data Privacy Corporation et al. v. Restoration of America and Voter Reference Foundation LLC

(D.N.J. No. 1:24-cv-04324)

**No. 25-1573**

Atlas Data Privacy Corporation et al. v. i360, LLC

(D.N.J. No. 1:24-cv-04345)

**No. 25-1574**

Atlas Data Privacy Corporation et al. v. GoHunt, LLC, GoHunt Management Holdings, LLC, and GoHunt Management Holdings II, LLC

(D.N.J. No. 1:24-cv-04380)

**No. 25-1575**

Atlas Data Privacy Corporation et al. v. AccuZIP, Inc.

(D.N.J. No. 1:24-cv-04383)

**No. 25-1576**

Atlas Data Privacy Corporation et al. v. Synaptix Technology, LLC, and Voterrecords.com

(D.N.J. No. 1:24-cv-04385)

**No. 25-1577**

Atlas Data Privacy Corporation et al. v. Joy Rockwell Enterprises, Inc.

(D.N.J. No. 1:24-cv-04389)

**No. 25-1578**

Atlas Data Privacy Corporation et al. v. Fortnoff Financial, LLC

(D.N.J. No. 1:24-cv-04390)

**No. 25-1580**

Atlas Data Privacy Corporation et al. v. E-Merges.com Inc.

(D.N.J. No. 1:24-cv-04434)

**No. 25-1581**

Atlas Data Privacy Corporation et al. v. Nuwber, Inc.

(D.N.J. No. 1:24-cv-04609)

**No. 25-1582**

Atlas Data Privacy Corporation et al. v. RocketReach LLC

(D.N.J. No. 1:24-cv-04664)

**No. 25-1583**

Atlas Data Privacy Corporation et al. v. Belles Camp Communications, Inc.

(D.N.J. No. 1:24-cv-04949)

**No. 25-1584**

Atlas Data Privacy Corporation et al. v. PropertyRadar, Inc.

(D.N.J. No. 1:24-cv-05600)

**No. 25-1585**

Atlas Data Privacy Corporation et al. v. The Alesco Group, L.L.C., Alesco AI, LLC, Alesco Marketing Solutions, L.L.C., Stat Resource Group Inc., and Response Solutions Group, LLC

(D.N.J. No. 1:24-cv-05656)

**No. 25-1586**

Atlas Data Privacy Corporation et al. v. Searchbug, Inc.

(D.N.J. No. 1:24-cv-05658)

**No. 25-1587**

Atlas Data Privacy Corporation et al. v. Amerilist, Inc.

(D.N.J. No. 1:24-cv-05775)

**No. 25-1588**

Atlas Data Privacy Corporation et al. v. US Data Corporation

(D.N.J. No. 1:24-cv-07324)

**No. 25-1589**

Atlas Data Privacy Corporation et al. v. Smarty, LLC, and SmartyStreets, LLC

(D.N.J. No. 1:24-cv-08075)

**No. 25-1590**

Atlas Data Privacy Corporation et al. v. Compact Information Systems, LLC, Accudata Integrated Marketing, Inc., Alumnifinder, ASL Marketing, Inc., College Bound Selection Service, Deepsync Labs, Homedata, and Student Research Group

(D.N.J. No. 1:24-cv-08451)

**No. 25-1591**

Atlas Data Privacy Corporation et al. v. DarkOwl, LLC

(D.N.J. No. 1:24-cv-10600)

**No. 25-1592**

Atlas Data Privacy Corporation et al. v. Spy Dialer, Inc.

(D.N.J. No. 1:24-cv-11023)

**No. 25-1593**

Atlas Data Privacy Corporation et al. v. Lighthouse List Company, LLC

(D.N.J. No. 1:24-cv-11443)

**No. 25-1676**

Atlas Data Privacy Corporation et al. v. First Direct, Inc.

(D.N.J. No. 1:25-cv-01480)

**No. 25-1677**

Atlas Data Privacy Corporation et al. v. Greenflight Venture Corp.

(D.N.J. No. 1:25-cv-01517)

Present:  BIBAS, FREEMAN, and CHUNG, <u>Circuit Judges</u>

1.　　Appellants' Motion to Exceed the Word Limitation for Joint Reply Brief

                                      Respectfully,
                                      Clerk

_____ORDER_____

The foregoing motion is GRANTED.

                                      By the Court,

                                      <u>s/ Stephanos Bibas</u>
                                      Circuit Judge

Dated: May 23, 2025
Tmm/cc: All Counsel of Record