**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. __25-1555__

__Atlas Data Privacy Corp.__ vs. __We Inform LLC__

Calendar Date __07/08/2025__　　Location __Philadelphia, PA__

**ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL**

Receipt acknowledged by: __Michael L. Zuckerman__

Designation of Arguing Counsel: __Michael L. Zuckerman__

Member of the Bar:　[✓] Yes　　[ ] No

Representing (check only one):

[ ] Petitioner(s)　　[ ] Appellant(s)　　[✓] Intervenor(s)

[ ] Respondent(s)　　[ ] Appellee(s)　　[ ] Amicus Curiae

Please list the name of the lead party being represented:

__Intervenor-Appellee Attorney General of New Jersey__

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT.  (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)