# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-1555**

**Atlas Data Privacy Corp.** vs. **We Inform LLC**

Calendar Date: **7/8/2025**          Location: **Philadelphia, PA**

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: **Michael Berry**

Designation of Arguing Counsel: **Michael Berry**

Member of the Bar: [✓] Yes   [ ] No

Representing (check only one):

[ ] Petitioner(s)   [✓] Appellant(s)   [ ] Intervenor(s)

[ ] Respondent(s)   [ ] Appellee(s)   [ ] Amicus Curiae

Please list the name of the lead party being represented:

Representing Thomson Reuters Enterprise Centre GmbH and West Publishing Corp. and arguing on behalf of All Appellants

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)