25- 1555

SUPREME COURT OF NEW JERSEY
R-3 September Term 2025
091145

Atlas Data Privacy Corp.; Jane Doe 1; Jane
Doe 2; Edwin Maldonado; Police Officer
Scott Maloney; Justyna Maloney; Patrick
Colligan; Peter Andreyev; William Sullivan,
    Plaintiffs-Respondents,
Attorney General of New Jersey,
    Intervenor-Respondent,
        v.
We Inform, LLC; Infomatics, LLC; The People
Searchers, LLC; DM Group, Inc.; Deluxe Corp.;
Quantarium Alliance, LLC; Quantarium
Group, LLC; Yardi Systems, Inc.; Digital Safety
Products, LLC; Civil Data Research, LLC;
Scalable Commerce, LLC; National Data Analytics,
LLC; Labels & Lists, Inc.; Innovis Data Solutions,
Inc.; Accurate Append, Inc.; Zillow, Inc.;
Zillow Group, Inc.; Equimine, Inc.; Thomson
Reuters Corp.; Thomson Reuters Holdings,
Inc.; Thomson Reuters Canada Limited;
Thomson Reuters Applications, Inc.; Thomson
Reuters Enterprise Centre GMBH; West
Publishing Corp.; Melissa Data Corp.; Restoration
of America; Voter Reference Foundation, LLC;
I360, LLC; GoHunt, LLC; GoHunt Management
Holdings, LLC; GoHunt Management Holdings
II, LLC; AccuZip, Inc.; Synaptix Technology, LLC;
VoterRecords.com; Joy Rockwell Enterprises,
Inc.; Fortnoff Financial, LLC; E-Merges.com,
Inc.; Nuwber, Inc.; RocketReach, LLC;
Belles Camp Communications, Inc.;
PropertyRadar, Inc.; The Alesco Group, LLC;
Searchbug, Inc.; Amerilist, Inc.; U.S. Data Corp.;
Smarty, LLC; Compact Information Systems,
LLC; DarkOwl, LLC; Spy Dialer, Inc.; Lighthouse



ORDER

1

List Co., LLC; First Direct, Inc.; Greenflight Venture Corp.,
    Defendants-Appellants.

The United States Court of Appeals for the Third Circuit having certified to the Supreme Court questions of law pursuant to Rule 2:12A-3; and the Court having determined to reformulate the questions in accordance with Rule 2:12A-2 to the following question:

> What mental state, if any, is required to establish liability under Daniel's Law, N.J.S.A. 56:8-166.1?

And the Court having determined to accept the reformulated question;

It is ORDERED that appellants shall file an original and eight copies and serve a brief addressing the certified question within thirty days after the filing date of this Order, respondents shall file and serve a like number of copies of their brief within twenty-one days after the filing of appellants' brief, and appellants shall file and serve a reply brief, if any, within seven days after the filing of respondents' brief. The Clerk of Court shall thereafter set the matter down for oral argument in due course.

WITNESS, the Honorable Fabiana Pierre-Louis, Presiding Justice, at Trenton, this 16th day of October, 2025.

                                                  ACTING CLERK OF THE SUPREME COURT

X-RAY USMS

Supreme Court of New Jersey
Office of the Clerk
PO Box 970
Trenton, New Jersey 08625-0970

RE:091145-R-00003-25
ATTN:US COURT OF APPEALS FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

RECEIVED
USCA 3d CIR
OCT 27 2025

FIRST-CLASS

ZIP 08628
02 7W
0008037441 OCT 23 2025
US POSTAGE $000.74°
PITNEY BOWES

9310631790 C019