**ZAZZALI, P.C.**
Richard A. Friedman, Esq. (011211978)
150 West State Street
Trenton, NJ 08608
T: (609) 392-8172
F: (609) 392-8933
rfriedman@zazzali-law.com
Attorneys for Amicus Curiae
NJ State PBA

| | |
|---|---|
| Atlas Data Privacy Corp., et al,<br><br>Plaintiff,<br><br>v.<br><br>We Inform, LLC, et al.,<br><br>Defendant. | Third Circuit Court of Appeals<br><br>Docket No. 25-1555<br>(Consolidated)<br><br>NOTICE OF APPEARANCE |

TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Richard A. Friedman, Esq. of the law firm of Zazzali, P.C. as counsel for the Amicus Curiae NJ State PBA in the above-captioned matter.

Respectfully submitted,

**ZAZZALI, P.C.**

By: ***/s/Richard Friedman***
Richard A. Friedman, Esq.

Dated: September 2, 2026